AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

**FILED**

October 03, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____AC_____

DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. **SA:24-MJ-1382** |
| Carlos Gerardo Carmona-Palomo | ) | |
| AXXX XXX 641 | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of     February 18, 2024     in the county of     Comal     in the
Western     District of     Texas     , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(1) | Illegal Reentry |
| | Penalties:  Maximum Penalties: 10 years confinement, $250,000 Fine or Both; 3 years supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

RUBEN J RIOS    Digitally signed by RUBEN J RIOS
Date: 2024.10.03 08:21:04 -05'00'

*Complainant's signature*

Ruben J. Rios, Deportation Officer

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date:  October 3, 2024

*Judge's signature*

City and state:     San Antonio, Texas     Honorable Richard B. Farrer, U.S. Magistrate Judge

*Printed name and title*

Being duly sworn, I declare that the following is true and correct to the best of my knowledge:

My name is Ruben J. Rios, and I am a Deportation Officer with Immigration and Customs Enforcement ("ICE")/Enforcement Removal Operations ("ERO"), with whom I have been employed since October 15, 2007. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States, or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

On February 18, 2024, Carlos Gerardo CAROMNA-Palomo (hereafter "CARMONA"), was encountered at the Comal County Jail in New Braunfels, Texas, which is located within the Western District of Texas, after his arrest for "Possession of Controlled Substance PG 1/1B 1g – 4g and Abandon/Endanger Child." ICE/ERO officers conducted immigration history and criminal history inquiries and determined CARMONA to be an alien illegally present within the United States and who had been previously removed from the United States. An immigration detainer was lodged against CARMONA. On October 3, 2024, CARMONA was released from the Comal County Jail and turned over to the custody of ICE/ERO. CARMONA was subsequently transported to the ICE/ERO San Antonio office for processing.

At the ICE/ERO office, CARMONA's fingerprints were enrolled and submitted through immigration and FBI databases, which verified his identity. The databases revealed that CARMONA is a citizen or national of Mexico with assigned Alien Registration Number A-XXX-XXX-641.  A review of A-XXX-XXX-641 in the Enforce Alien Removal Module ("EARM"), a Department of Homeland Security database, revealed that CARMONA is an alien who was previously removed from the United States to Mexico on or about November 17, 2017.

A review of CARMONA's criminal history revealed that he was convicted of Unlawful Possession of Firearm by Felon, on June 2, 2017, in the 403rd District Court, Travis County, Texas and sentenced to two years confinement.

Immigration databases revealed that CARMONA has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, the Secretary for Homeland Security of the United States after his removal.

On October 3, 2024, the defendant was informed of his right to a consular notification and was provided an opportunity to call the Consulate General of Mexico upon his arrest. On October 3, 2024, the Consulate General of Mexico was notified of CARMONA's arrest. An immigration detainer will be filed with the U.S. Marshals Service on October 3, 2024.

_____
Ruben J. Rios
Deportation Officer
Immigration and Customs Enforcement


Subscribed and sworn before me the 3rd _____ day of October 2024.

_____
HONORABLE RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE