UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA §
*Plaintiff,* §
§ No.: SA:24-M -01382(1)
vs. §
§
(1) CARLOS GERARDO §
CARMONA-PALOMA §
*Defendant,*

## ORDER OF CONTINUANCE
## PENDING HEARING PURSUANT TO
## BAIL REFORM ACT

Upon Motion of the **GOVERNMENT**, it is **ORDERED** that a

**PRELIMINARY / DETENTION HEARING**

is set for **October 08, 2024**                     * at     **10:30 AM**
*Date*                                                                          *Time*

before     **U.S. Magistrate Judge RICHARD B. FARRER**

in the   **Courtroom A, on the 2nd Floor in the United States Courthouse, 262 West Nueva, San Antonio, Texas.**
*Location of Judicial Officer*

Pending this hearing, Defendant shall be held in custody by (the United States Marshal)

(  _____  )

and shall be produced for the hearing.

___**October 03, 2024**___
*Date*

RICHARD B. FARRER
**UNITED STATES MAGISTRATE JUDGE**

\* If not held immediately upon Defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of Defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the officer's own motion if there is a serious risk that the Defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or or attempt to threaten, injure, or intimidate a prospective witness or juror.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA  §
*Plaintiff,*  §
  . §    No.:  SA:24-M -01382(1)
vs.  §
  §
(1) CARLOS GERARDO  §
CARMONA-PALOMA  §
*Defendant,*

## WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in

this court, or charged with violating the terms of probation or supervised release in a petition

filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing

under Fed. R. Crim. P.5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.


I agree to waive my right to a preliminary hearing under Fed. R. Crim. P.5.1 or Fed.

R. Crim. P. 32.1.

_____
**Date**

_____
**Date**

_____
**Defendant**

_____
**Name of Attorney for Defendant (Print)**

_____
**Signature of Attorney for Defendant**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *Plaintiff,* | § | |
| | § | No.: SA:24-M -01382(1) |
| vs. | § | |
| | § | |
| (1) CARLOS GERARDO | § | |
| CARMONA-PALOMA | § | |
| *Defendant,* | | |

## WAIVER OF DETENTION HEARING

At the initial appearance, the government requested that I be detained without bond

pending trial pursuant to Title 18 U.S.C. Section 3142(f).

I am aware of my right to a detention hearing and to require the government to meet its

burden of proving that no conditions of release exist which will reasonably assure my appearance

in court and the safety of the community. I know that if I waive my detention hearing, I will

remain in custody pending trial. By signing this Waiver of Detention Hearing I acknowledge that

I have no questions and understand my rights and the consequences of waiving those rights, and

agree to be detained without bond pending trial.

_____      _____
**Date**                     **Defendant**

                             _____
                             **Name of Attorney for Defendant (Print)**

_____      _____
**Date**                     **Signature of Attorney for Defendant**