UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *Plaintiff,* | § | |
| | § | No.:  SA:24-M -01382(1) |
| | § | |
| vs. | § | |
| | § | |
| (1) CARLOS GERARDO | § | |
| CARMONA-PALOMA | § | |
| *Defendant,* | | |

## WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P.5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P.5.1 or Fed. R. Crim. P. 32.1.

10/07/24
**Date**

_____
**Defendant**
Roland J. Garcia
**Name of Attorney for Defendant (Print)**

10/07/2024
**Date**

**Signature of Attorney for Defendant**



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,* | §<br>§<br>§<br>§<br>§<br>§<br>§ | No.:  SA:24-M -01382(1) |
| vs. | | |
| (1) CARLOS GERARDO<br>CARMONA-PALOMA<br>*Defendant,* | | |

## WAIVER OF DETENTION HEARING

At the initial appearance, the government requested that I be detained without bond pending trial pursuant to Title 18 U.S.C. Section 3142(f).

I am aware of my right to a detention hearing and to require the government to meet its burden of proving that no conditions of release exist which will reasonably assure my appearance in court and the safety of the community.  I know that if I waive my detention hearing, I will remain in custody pending trial. By signing this Waiver of Detention Hearing I acknowledge that I have no questions and understand my rights and the consequences of waiving those rights, and agree to be detained without bond pending trial.

_10/07/24_
**Date**

_10/07/2024_
**Date**

**Defendant**

Roland J. Garcia
**Name of Attorney for Defendant (Print)**

**Signature of Attorney for Defendant**